JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILES, <br>     Plaintiff, <br> v. <br> INDYMAC BANK, DOES I through X, inclusive, <br>     Defendants. | Case No. EDCV 09-787-VAP (VBKx) <br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 19, 2009

                                          VIRGINIA A. PHILLIPS
                                          United States District Judge